In Re: Vida v. Quick
Case No. 25–40963–elm7 –7
Adv. No. 25–04090–elm

# SUMMONS SERVICE EXECUTED

I, Nicole M. Collins

of** Quilling, Selander, Lownds, Winslett & Moser, P.C.

certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the 31st day of July, 2025 I served a copy of the within summons, together with the complaint filed in this proceeding, on

Tomeka LaShawn Quick

the defendant in this proceeding, by *{describe here the mode of service}*

First class mail, postage prepaid, & certified mail return receipt requested.

the said defendant at

Tomeka LaShawn Quick
704 Short St.
Saginaw, TX 76179

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 7/31/2025           /s/ Nicole M. Collins
               *(Date)*                     *(Signature)*

** QSLWM, P.C., 2001 Bryan Street, Suite 1800, Dallas, TX 75201
   *State mailing address*